**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**WILLIE JAMES YELDON,**

|  |  |
|---|---|
| **Plaintiff,** | **9:08-CV-769 (NAM/RFT)** |

vs.

**MICHAEL HOGAN, PhD; DONALD SAWYER, PhD;
JEFFREY AMODON, MD; BARBARA STAPHOLZ, RN;
MAUREEN ADAMS, RN; CHARMAINE BILL, RN;
SAM LILLY, RN; TERRIMAX MILLIAN, MD;
JEFFREY NORWICKI, CHS; MARY BULLIVANT, RN,**

**Defendants.**
_____

|  |  |
|---|---|
| **APPEARANCES:** | **OF COUNSEL:** |
| Willie James Yeldon Plaintiff, *Pro Se* | |
| New York State Attorney General The Capitol Albany, NY 12224 | Adam Silverman, Esq. |

**Hon. Norman A. Mordue, Chief United States District Judge**

### MEMORANDUM-DECISION AND ORDER

Plaintiff brought this action under 42 U.S.C. § 1983. The complaint (Dkt. No. 1) alleges violations of his First, Fourth, Eighth, and Fourteenth Amendment rights stemming from several policies that were enforced during his civil confinement at the Central New York Psychiatric Center ("CNYPC") located in Marcy, New York, in 2008. Defendants moved for summary judgment dismissing the action (Dkt. No. 30). Upon referral pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.3(c), United States Magistrate Judge Randolph F. Treece issued a thorough Report and Recommendation (Dkt. No. 37) recommending that summary judgment be

granted and the complaint be dismissed.

Plaintiff has submitted an objection (Dkt. No. 38) to the Report and Recommendation. In view of plaintiff's objections, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducts a *de novo* review. Upon *de novo* review, the Court adopts and accepts the Report and Recommendation in all respects.

It is therefore

ORDERED that United States Magistrate Judge Randolph F. Treece's Report and Recommendation (Dkt. No. 37) is accepted in its entirety; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No. 30) is granted the complaint (Dkt. No. 1) is dismissed in its entirety, and it is further

ORDERED that the Clerk enter judgment accordingly.

IT IS SO ORDERED.

Date:   March 15, 2010
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge